IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELECHIE TROTMON,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

CIVIL ACTION NO.: 4:25-cv-118

**O R D E R**

Plaintiff filed a partially completed Form AO 88B subpoena. Doc. 28. In her filing, Plaintiff describes a request for documents addressed to non-party Online Data Exchange, LLC. Id. at 1. The Court construes Plaintiff's filing as a Motion for Subpoena.

Plaintiff fails to satisfy this Court's threshold requirement for issuing subpoenas to pro se parties. Under this Court's Standing Order of January 16, 1996, the Court requires a "pro se party litigant who desires the issuance of a subpoena [to] explain the necessity therefor, ex parte, in writing to the Court. All that is necessary is a simple written statement to the Court explaining the need for the subpoena, the party to be subpoenaed, and the relevance of the documents to be subpoenaed, if any." Order, In Re: Subpoenas, 4:96-mc-6, at *1 (S.D. Ga. Jan. 16, 1996). Here, Plaintiff does not explain the need for the subpoena or identify the relevance of the documents to be subpoenaed. In addition, I cannot read all the text describing Plaintiff's request—part of the description is cut off in the version of the document Plaintiff submitted. Doc. 28 at 1. This creates an additional impediment in evaluating the relevance of the documents Plaintiff seeks.

Thus, the Court **DENIES without prejudice** Plaintiff's Motion.  Doc. 28.

**SO ORDERED**, this 26th day of November, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA